194 So.2d 97

**HUMBLE PIPE LINE COMPANY**

v.

**WM. T. BURTON INDUSTRIES, INC.**

No. 48548.

Jan. 27, 1967.

In re: Wm. T. Burton Industries, Inc., applying for writs of certiorari and review.

Writs denied. Applicant has an adequate remedy by appeal in the event of an adverse judgment on the merits.

McCALEB, J., is of the opinion that a devolutive appeal is an inadequate remedy in expropriation cases when there is an issue of necessity and public purpose involved. Therefore, the writ should be granted.

194 So.2d 97

**Sam PLOTKIN**

v.

**Peter D. MARTINO, Individually and as Responsible Person for His Minor Son, Blaise D. MARTINO.**

No. 48520.

Feb. 3, 1967.

In re: Peter D. Martino, etc. applying for certiorari, or writ of review, to the

Court of Appeal, Fourth Circuit, Parish of Orleans. 192 So.2d 381.

Writ refused. On the facts found by the Court of Appeal, we find no error of law in its judgment.